IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

James Edward Bagley/Jackett #82103
Plaintiff(s)

vs.

State of Alabama          2:07cv802-MEF
Defendant(s)

I, James Edward Bagley, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   YES ( )  NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.
   _____
   _____

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
   11-18-2004
   _____

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment?  YES ( )  NO (✓)

   B. Rent payments, interest or dividends?  YES ( )  NO (✓)

   C. Pensions, annuities or life insurance payments?  YES ( )  NO (✓)

   D. Gifts or inheritances?  YES ( )  NO (✓)

   E. Any other sources?  YES ( )  NO (✓)

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.
   _____
   _____


SCANNED
DR 9.6.07

3.  Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]   YES ( )   NO (✓)

    If the answer is YES, state the total value of the items owned.
    _____
    _____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]? YES ( )  NO (✓)

    If the answer is YES, describe the property and state its approximate value.
    _____
    _____

5.  List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. _____ NONE _____
    _____
    _____
    _____

                                    James Edward Bogley
                                    Signature of Affiant

STATE OF ALABAMA           )
COUNTY OF Montgomery )

   Before me, a notary public in and for said County, in said State,

personally appeared  Montgomery Alabama , whose name is signed

to the foregoing complaint, who being first duly sworn, deposes on oath and

says:

    That the information set forth in the foregoing affidavit is true and
    correct to the best of his knowledge and belief.

                            X  James Edward Bogley
                               Signature of Affiant

Sworn to and subscribed before me this 23rd day of August , 2500

                               _____
                               Notary Public

                               Montgomery County, Alabama

                                O R

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8-20-2007 .
                (date)

_James Edward Bogley_
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ .73 ¢ on account to his credit at the Kilby Correctional Facility institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____
_____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $ 0.00       on the 1st day of March
2. $ 0.00       on the 1st day of April
3. $ 0.00       on the 1st day of May
4. $ 3.33       on the 1st day of June
5. $ 14.36      on the 1st day of July
6. $ 1.66       on the 1st day of August

_Sonya W. Harvest_
Authorized Officer of Institution

DATE August 20, 2007

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
KILBY CORRECTIONAL FACILITY

AIS #: 182103       NAME: BAGLEY, JAMES                    AS OF: 08/20/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| AUG | 11 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.00 |
| NOV | 30 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $0.00 |
| JAN | 31 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $3.33 | $50.00 |
| JUL | 31 | $14.36 | $70.00 |
| AUG | 20 | $1.66 | $0.00 |

*LaTonya W. Harvest*
*Account Clerk*
*August 20, 2007*