THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EDWARD BAGLEY, #152763, | ) ) ) |
| Petitioner, | ) |
| v. | ) CASE No. 2:07-CV-802-MEF |
| | ) [WO] |
| ARNOLD HOLT, WARDEN, *et al.,* | ) ) |
| Respondents. | ) |

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge entered on September 7, 2007 (Doc. # 3), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE that:

1. The Recommendation of the Magistrate Judge (Doc. #3) filed on September 7, 2007 is adopted;

2. This case be transferred to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

DONE this 27th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE