| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *FCalaha* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): F Calahan     C. Date of Delivery: 10/1/07 |
| 1. Article Addressed to:<br><br>Clerk, U.S. District Court<br>Northern District of Alabama<br>140 U.S. Courthouse<br>1729 5th Avenue, North<br>Birmingham, AL 35203<br><br>07CV802 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail   ☐ Express Mail<br>  ☐ Registered       ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7006 2760 0005 4873 2168 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540