**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

RE C E I MONTGOMERY, ALABAMA 36101-0711

RECEIVED

07 OCT -1  PM 1: 01

TELEPHONE (334) 954-3600
M 3. OF ALABAMA

DEBRA P. HACKETT, CLERK

2001 OCT -9  A 10: 12

September 27, 2007

DEBRA P. HACKETT. L
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Clerk
United States District Court
Northern District of Alabama
Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

CV-07-C-1786-M

**Re:**   Case Style:  James Edward Bagley v. Arnold Holt, et al.
Case Number:  2:07-cv-802-MEF

In accordance with the Transfer Order entered 9/27/2007 by Judge Mark E. Fuller we are transferring the above referenced action to your court.  The entire paper file consisting of four documents along with a certified copy of the docket sheet are enclosed.

Please contact me at 334-954-3618 or by e-mail at charlene_campbell@almd.uscourts.gov and I will e-mail you the pdf documents for all docket entries for this case.

Please acknowledge receipt of same by returning to us the enclosed copy of this letter.  If we can be of  further assistance, please advise.

Sincerely,

DEBRA  P. HACKETT, CLERK

By:

Charlene Campbell
Deputy Clerk

Enclosures